# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BOCELLI,** | : | CIVIL ACTION |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT** | : | |
| **DONALD T. VAUGHN, et al.,** | : | |
| *Respondents.* | : | NO. 97-cv-02204 |

## ORDER

**AND NOW,** this **26th** day of **November 2024**, upon consideration of Petitioner Christopher Bocelli's Motion for a Rule 60(b)(6) (ECF No. 21), the District Attorney of Chester County's Response (ECF No. 32), Petitioner's Reply (ECF No. 41), the exhibits attached thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion for a Rule 60(b)(6) (ECF No. 21) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** issue.

3. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**